**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**


**EDDIE LAREECE PITTMAN**                                                      **PLAINTIFF**

 **VS.**                            **CASE NO.   3:19-CV-00239-DPM**

**NICE-PAK PRODUCTS INC**                                                      **DEFENDANT**


**ORDER**


Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 26th day of August, 2019.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK



By:   J. Kornegay
      Deputy Clerk