IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EDDIE LAREECE PITTMAN**                                                                    **PLAINTIFF**

**v.**                            **Case No. 3:19-cv-00239-LPR**

**NICE-PAK PRODUCTS, INC.**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that Judgment is entered in favor of the Defendant.

IT IS SO ADJUDGED this 3rd day of September 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE